UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES L. LIGHT, JR.,

    Plaintiff,

v.                                              CASE NO: 8:05-cv-888-T-23TBM

THE CITY OF PLANT CITY and
TROY SURRENCY as Chief of Police for
the Plant City Police Department,

    Defendants.

_____/

## **ORDER**

The *pro se* plaintiff submits (Docs. 15, 18) an "emergency motion" and an amended "emergency motion," and the City of Plant City ("Plant City") moves (Docs. 17, 20) to strike. Plant City's motions (Docs. 17, 20) to strike are **DENIED**. Although difficult to decipher, the plaintiff's motions appear to seek an expedited trial, report the defendants' failure to supply the plaintiff copies of pleadings, and request that the Court "investigate the recent attempts on [the plaintiff's] life." The plaintiff's motions provide no basis for relief from the Court and are improperly designated as "emergency motions." Accordingly, the plaintiff's "emergency motion" and amended "emergency motion" (Docs. 15, 18) are **DENIED**. The plaintiff is cautioned that Local Rule 3.01 provides that "[t]he unwarranted designation of a motion as an emergency motion may

result in the imposition of sanctions." The plaintiff is directed to submit a response to Plant City's motion to dismiss on or before **August 12, 2005**.

Attached to this order is a "**Notice to Federal Pro Se Litigants**" from the Tampa Bay Chapter of the Federal Bar Association. The plaintiff is encouraged to review the Notice and to contact the Federal Bar Association should the plaintiff desire the Federal Bar Association's assistance with the prosecution of this action.

ORDERED in Tampa, Florida, on July 26, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE


cc:    US Magistrate Judge
        Courtroom Deputy