UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES L. LIGHT, JR.,

    Plaintiff,

v.                                                  CASE NO: 8:05-cv-888-T-23TBM

THE CITY OF PLANT CITY, et al,

    Defendants.
_____/

## **ORDER**

A June 6, 2006, order (Doc. 33) directed the plaintiff to show, on or before June 26, 2006, why this action should not be dismissed for failure to prosecute and failure to serve. Likewise, the same order required the plaintiff to file an amended complaint on or before June 26, 2006, and cautioned that failure to comply would result in dismissal of the action without further notice. The plaintiff fails to amend the complaint, file a response, or move to extend the time for a response. Accordingly, this action is **DISMISSED** for lack of prosecution. See Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on June 28, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE